UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WALLACE,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN STEWART COMPANY, et al.,<br><br>    Defendants. | Case No. 25-cv-04433-LJC<br><br>**ORDER SCREENING CASE UNDER 28 U.S.C. § 1915(E)(2); DIRECTING U.S. MARSHAL TO EFFECTUATE SERVICE**<br><br>Dkt. Nos. 2, 9 |

Having reviewed Plaintiff David Wallace's First Amended Complaint, the Court finds no basis for dismissal of the case under 28 U.S.C. § 1915(e)(2) apparent at this time.  This is without prejudice to any argument that Defendants might raise after they appears in the case.

Accordingly, the Clerk's Office shall issue the summons and the U.S. Marshal for the Northern District of California shall serve Defendants, without prepayment of fees, with a copy of the First Amended Complaint, a copy of Plaintiff's ex parte motion at ECF No. 7, and this Order.

Plaintiff's ex parte emergency motion at ECF No. 7 is currently pending before the Court. The Court cannot rule on this motion without the consent from all parties to proceed before a magistrate judge.  Defendants are accordingly ordered to file a Consent or Declination to Magistrate Judge Jurisdiction form (available online at: https://cand.uscourts.gov/forms/civil-forms/), within three business days of receipt of this Order.  Any party is free to withhold consent to

//

//

//

1  //

2  proceed before a magistrate judge without adverse substantive consequences.

3  **IT IS SO ORDERED.**

4  Dated: 7/10/2023

_____
LISA J. CISNEROS
United States Magistrate Judge

2